IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00808-BNB

RICKY DEAN SAATHOFF,
    Applicant,

v.

MARK BROADDUS, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,
    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2007

GREGORY C. LANGHAM
CLERK

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant Ricky Dean Saathoff is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility at Buena Vista, Colorado. Mr. Saathoff has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Saathoff is challenging the validity of his conviction in Adams County District Court case number 87-CR-107. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Saathoff previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Saathoff v. Hesse*, No. 93-cv-02358-JLK (D. Colo. Mar. 7, 1995), *aff'd*, No. 95-1130, 1995 WL 749722 (10th Cir. Dec. 19, 1995). In 93-cv-02358-JLK, Mr. Saathoff challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 93-cv-02358-JLK was denied because Mr. Saathoff failed to demonstrate that his constitutional rights had been violated. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Saathoff must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Saathoff has not provided to the Court the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 10 day of May, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00808-BNB

Ricky D. Saathoff
Prisoner No. 49084
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/11/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk